ISAAC LOWENFELD v. MARY ROZENOER and ADOLPH ROZENOER, Individually, and as Administrator, etc., of MAX ROZENOER, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EDITH HELEN ENTHOVEN v. EDWARD J. ENTHOVEN.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Appointment of a Committee of the Estate of HANS MANNERHEIM or HANS FALK VON MANNERHEIM, an Alleged Incompetent Person. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

KATHERINE FUCHS v. HENRY W. BRODY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HELEN AGOPIAN v. GARO AGOPIAN.— Motion for reargument denied. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of NATIONAL SURETY COMPANY, in Liquidation. Application of E. H. LUIKART, Receiver of VERDIGRE STATE BANK, VERDIGRE, NEBRASKA, Petitioner, Appellant, LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1939.
### (February 6, 1939.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of W. ROSSITER REDMOND, an Attorney and Counselor at Law, Respondent.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Respondent has been guilty of a gross violation of his trust duties and must be disbarred. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

ALICE G. SASANOW, Respondent, v. WILLIAMSBURG SAVINGS BANK, Defendant, and HERMAN L. SASANOW, Appellant.— Motion to amend the record on appeal so as to include the resettled order in its entirety, notice of motion for resettlement and affidavits in support and in opposition thereto, granted, without costs, and the record is deemed to be so amended. Motion to dismiss appeal on the ground that it is academic denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ. [See post, p. 928.]